UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Jorge Garcia, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

         *Plaintiff,*

 - *against* -

S&D Security and Data Inc., Global Operations Security Services Inc., Shay Amir, and David Amir,

         *Defendants*.
-------------------------------------------------------------X

Case No.: 23-cv-04291

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

 Plaintiff Jorge Garcia (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Global Operations Security Services Inc. and Shay Amir, without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: June 2, 2023
   New York, New York

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: */s/ Jason Mizrahi*
              Jason Mizrahi, Esq.
              60 East 42nd Street, Suite 4700
              New York, New York 10165
              Tel: (212) 792-0048
              Email: Jason@levinepstein.com
              *Attorneys for Plaintiff*

_____
U.S.D.J.

_____
Dated