```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Jorge Garcia, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 23-cv-04291

                *Plaintiff,*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

- against -

S&D Security and Data Inc., Global Operations Security Services Inc., Shay Amir, and David Amir,

                *Defendants.*
---------------------------------------------------------------X

    Plaintiff Jorge Garcia (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Global Operations Security Services Inc. and Shay Amir, without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: June 2, 2023
      New York, New York

               LEVIN-EPSTEIN & ASSOCIATES, P.C.

               By: */s/ Jason Mizrahi*
                   Jason Mizrahi, Esq.
                   60 East 42nd Street, Suite 4700
                   New York, New York 10165
                   Tel: (212) 792-0048
                   Email: Jason@levinepstein.com
                   *Attorneys for Plaintiff*

SO ORDERED.

Dated: June 5, 2023
      New York, New York

               _____
                  ANALISA TORRES
                  United States District Judge