# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

September 20, 2023

**VIA ECF**
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

                      Re:    *Garcia v. S&D Security and Data Inc. et al*
                              **Case No.: 23-cv-04291**

Dear Honorable Judge Torres:

        This law firm represents Plaintiff Jorge Garcia (the "Plaintiff") in the above-referenced matter. This letter is filed jointly with Defendants S&D Security and Data Inc.'s (the "Corporate Defendant") and David Amir's (the "Individual Defendant", and together, the "Defendants").

        Pursuant to Your Honor's Individual Motion Practice Rule I(C), this letter respectfully serves as a joint request to extend the parties' joint letter and proposed case management plan filing deadline of September 20, 2023 [*see* Dckt. No. 9] to, through and including, a date and time after October 7, 2023.

        This is the first request of its nature.

        The basis for this request is that the parties are continuing to explore the possibility of an early resolution of this action. The parties are hopeful that they will be in a position to conclude their alternative dispute resolution discussions on or before October 7, 2023, thereby obviating the need for further Court intervention. A second, independent basis also necessitates the instant request. The undersigned, and Defendants, both have limited availability this week, and this coming week, due to the Jewish High Holidays of Yom Kippur and Sukkot.

        Thank you, in advance, for your time and attention to this matter.

                                      Respectfully submitted,

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                        By: */s/ Jason Mizrahi*
                            Jason Mizrahi, Esq.
                            60 East 42nd Street, Suite 4700
                            New York, New York 10165
                            Tel. No.:  (212) 792-0048
                            Email: Jason@levinepstein.com
                            *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.