UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Jorge Garcia, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

        - against –

S&D Security and Data Inc., and David Amir,

                              *Defendants.*
---------------------------------------------------------------X

Case No.: 22-cv-10500

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants S&D Security and Data Inc., and David Amir (the "Defendants") having offered to allow Plaintiff Jorge Garcia (the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Five Thousand Dollars and Zero Cents ($5,000.00) (the "Judgment Amount").

WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as Exhibit "A";

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                            LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                       By: _____
                                            Jason Mizrahi
                                            60 East 42nd Street, Suite 4700
                                            New York, NY 10165
                                            Tel. No.:  (212) 792-0048
                                            Email: Jason@levinepstein.com
                                            *Attorneys for Plaintiff*

Via ECF: All Counsel


Encl.