USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------
Jorge Garcia,

                         *Plaintiff*,

    -against-

S&D Security and Data Inc., and David Amir,

                         *Defendants*.
------------------------------------------------------------X

Case No.: 1:23-cv-4291

**JUDGMENT**

      On November 10, 2023, Plaintiff Jorge Garcia (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants S&D Security and Data Inc., and David Amir (collectively, the "Defendants"), in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

      The payment amount shall be paid on or before a date within fourteen (14) days of the date of this judgment.

      The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: November 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge